**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

TRACIE CHENG,

        Plaintiff,

        - v -

SHEIN DISTRIBUTION CORP.,

        Defendant.

Case No. 1:21-cv-09414-ER

**STIPULATION**
**AND [PROPOSED] ORDER**
**OF SETTLEMENT AND DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) it is hereby stipulated between Plaintiff Tracie Cheng and Defendant Shein Distribution Corporation that all claims, counterclaims, cross-claims and defenses asserted in the above-captioned action be dismissed with prejudice, with each party to bear its own costs, expenses, and attorneys' fees.

**MULLEN P.C.**

By: _____
Wesley M. Mullen
200 Park Avenue, Ste. 1700
New York, NY 10166
(646) 632-3718
wmullen@mullenpc.com

*Attorney for Plaintiff Tracie Cheng*

**GREENBERG TRAURIG, LLP**

By: _____
Nina D. Boyajian *(Admitted Pro Hac Vice)*
1840 Century Park East, Suite 1900
Los Angeles, CA 90067
Tel: 310-586-7700
BoyajianN@gtlaw.com

*Attorney for Defendant Shein Distribution Corp.*

Dated: July __, 2022

SO ORDERED:

_____