UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRACIE CHENG,<br><br>Plaintiff,<br><br>- v -<br><br>SHEIN DISTRIBUTION CORP.,<br><br>Defendant. | Case No. 1:21-cv-09414-ER<br><br>**STIPULATION<br>AND [PROPOSED] ORDER<br>OF SETTLEMENT AND DISMISSAL** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) it is hereby stipulated between Plaintiff Tracie Cheng and Defendant Shein Distribution Corporation that all claims, counterclaims, cross-claims and defenses asserted in the above-captioned action be dismissed with prejudice, with each party to bear its own costs, expenses, and attorneys' fees.

| | |
|---|---|
| **MULLEN P.C.**<br><br>By: _/s/ Wesley M. Mullen_<br>Wesley M. Mullen<br>200 Park Avenue, Ste. 1700<br>New York, NY 10166<br>(646) 632-3718<br>wmullen@mullenpc.com<br><br>*Attorney for Plaintiff Tracie Cheng* | **GREENBERG TRAURIG, LLP**<br><br>By: _/s/ Nina D. Boyajian_<br>Nina D. Boyajian *(Admitted Pro Hac Vice)*<br>1840 Century Park East, Suite 1900<br>Los Angeles, CA 90067<br>Tel: 310-586-7700<br>BoyajianN@gtlaw.com<br><br>*Attorney for Defendant Shein Distribution Corp.* |

Dated: July 28, 2022

SO ORDERED:

_____
Edgardo Ramos, U.S.D.J
Dated: July 28, 2022
New York, New York